# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.:   CV-14-4225-R                                     DATE: September 19, 2014

TITLE:   ALLSTATE INSURANCE COMPANY -V.- VAN SCYOC, et al.
==================================================================
PRESENT:

<u>HON. MANUEL L. REAL, JUDGE</u>

   <u>Christine Chung</u>                     <u>   N/A   </u>
   Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not present                            Not present

PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    Plaintiff(s) is ordered to show cause in writing no later than **October 3, 2014** why this action should not be dismissed for lack of prosecution.

    The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

    **- Plaintiff's filing of a noticed motion for entry of default judgment** as to defendants Fred Van Scyoc and Belinda Van Scyoc

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action

**MINUTES FORM II**                                           Initials of Deputy Clerk   CCH
**CIVIL - GEN**