1   CYNTHIA L. MELLEMA (State Bar No. 122798)
    JEFFRY S. BUTLER (State Bar No. 180936)
2   EMILY S. NOZICK (State Bar No. 201050)
    DENTONS US LLP
3   525 Market Street, 26th Floor
    San Francisco, CA  94105
4   Telephone:  (415) 882-5000
    Facsimile:  (415) 882-0300
5   Email:      cynthia.mellema@dentons.com
                jeffry.butler@dentons.com
6               emily.nozick@dentons.com

7   SUSAN WALKER (State Bar No. 130748)
    DENTONS US LLP
8   601 South Figueroa Street, Suite 2500
    Los Angeles, CA  90017-5704
9   Telephone: (213) 623-9300
    Facsimile:  (213) 623-9924
10  Email:      susan.walker@dentons.com

11  Attorneys for Plaintiff
    ALLSTATE INSURANCE COMPANY

12

13                 **UNITED STATES DISTRICT COURT**

14                **CENTRAL DISTRICT OF CALIFORNIA**

15                      **WESTERN DIVISION**

16

| | |
|---|---|
| 17  ALLSTATE INSURANCE COMPANY, an Illinois Corporation, | No. 2:14-cv-04225-R-MAN |
| 18 | |
| 19       Plaintiff, | **UNCONTROVERTED FINDINGS OF FACT AND CONCLUSIONS OF** |
| 20       vs. | **LAW REGARDING ALLSTATE'S SUMMARY JUDGMENT MOTION** |
| 21  FRED VAN SCYOC, BELINDA VAN SCYOC, KEN BARRETTE, and MARY BARRETTE, | **AGAINST BARRETTE DEFENDANTS** |
| 22 | |
| 23       Defendants. | |

24

25

26

27

28

DENTONS US LLP
525 MARKET STREET , 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105
(415) 882-5000

-1-

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

1    On November 3, 2014, the Court heard plaintiff Allstate Insurance

2  Company's summary judgment motion on its claim for declaratory relief that it has

3  no duty to indemnify defendants Ken and Mary Barrette for the judgment issued in

4  the action entitled *Barrette v. Van Scyoc*, San Luis Obispo County Superior Court,

5  case number CV 120365.  The Court, having considered the papers filed in support

6  of and in opposition to the motion and the argument of counsel, makes the

7  following findings of fact and conclusions of law relative to that motion:

8    Summary judgment must be granted if the moving party shows there is no

9  genuine dispute as to any material fact.  Fed. Rule Civ. Proc. 56(a).

10    An insurer has no duty to indemnify unless the awarded damages are

11  actually within the scope of the policy's coverage.  *Collin v. American Empire*

12  *Insurance Company*, 21 Cal. App. 4th 787 (1994).  Under California law the

13  interpretation of an insurance policy is a question of law.  *Waller v. Truck*

14  *Insurance Exchange*, 11 Cal. 4th 1 (1995).  When interpreting the language of an

15  insurance policy the Court should give the words used their plain and ordinary

16  meaning, unless the policy clearly indicates to the contrary.  *Giddings v. Industrial*

17  *Indemnity Company*, 112 Cal. App. 3d 213 (1980).

18    Here, the insurance policy at issue provides as follows:

19        Subject to the terms, conditions and limitations of this
         policy, Allstate will pay damages which an insured person
20        becomes legally obligated to pay because of bodily injury
         or property damage arising from an occurrence to which
21        this policy applies, and is covered by this part of the policy.

22

23    The policy defines "occurrence" as an "accident, including continuous or

24  repeated exposure to substantially the same general harmful conditions during the

25  policy period, resulting in bodily injury or property damage."  California courts

26  interpret "accident" to mean "an unintentional, unexpected, chance occurrence."

27  *St. Paul Fire & Marine Insurance Company v. Superior Court*, 161 Cal. App. 3d

28  1199 (1984).

-1-

1          Where an insured intended all of the acts resulting in harm, even if the

2    insured did not intend to cause injury, the event does not constitute an "accident"

3    for insurance coverage purposes.  *Ray v. Valley Forge Insurance Company*, 77

4    Cal. App. 4th 1039 (2000).  As described by the statement of decision in the

5    underlying state court action, the conduct at issue here was purely intentional and

6    not accidental.  Thus, damages resulting from such conduct are not within the

7    scope of the policy's coverage which is limited to accidents.  Accordingly, it is

8    hereby ordered that Allstate's motion for summary judgment against the Barrette

9    defendants is GRANTED.

10

11

    Dated: December 19, 2014          _____

12

13                                    THE HON. MANUEL L. REAL
                                      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
525 MARKET STREET , 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105
(415) 882-5000

No. 2:14-cv-04225-R-MAN                    FINDINGS OF FACT AND
                                           CONCLUSIONS OF LAW