CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
EMILY S. NOZICK (State Bar No. 201050)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: cynthia.mellema@dentons.com
       jeffry.butler@dentons.com
       emily.nozick@dentons.com

SUSAN WALKER (State Bar No. 130748)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: susan.walker@dentons.com

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FRED VAN SCYOC, BELINDA VAN SCYOC, KEN BARRETTE, and MARY BARRETTE,<br><br>Defendants. | No. 2:14-cv-04225-R-MAN<br><br>**JUDGMENT** |

On November 3, 2014, the Court heard and granted plaintiff Allstate Insurance Company's motions for: (1) summary judgment as to defendants Ken and Mary Barrette, and (2) entry of default judgment against defendants Fred and Belinda Van Scyoc.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

(1) Allstate had no duty to defend the Van Scyocs under Allstate Deluxe Plus Homeowners Policy number 904283108, issued for premises located at 915 Nine Oaks Lane, Nipomo, California, for the claims asserted against them in the action entitled *Barrette v. Van Scyoc,* San Luis Obispo County Superior Court, case number CV 120365 (the "Barrette Action");

(2) Allstate has no duty to indemnify the Van Scyocs for the judgment the Superior Court issued in the Barrette Action;

(3) The Van Scyocs shall reimburse Allstate the $19,433.39 in fees and costs Allstate paid to defend the Van Scyocs in the Barrette Action;

(4) Allstate has no duty to indemnify the Barrettes for the judgment the Superior Court issued in the Barrette Action; and

(5) Allstate shall recover its costs of suit pursuant to Federal Rule of Civil Procedure 54(d)(1).

Dated: December 19, 2014  _____

THE HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE